# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:  JOSEPH WILLIAM DESALVO  SARA RENE DESALVO  Debtor. | CHAPTER # 7  CASE NO. 09-30634 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X**   **A**   The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____   **B**   The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**             **CHECK AMOUNT**
Professional Recovery                           $23.84
211 South 200 East
Price, UT 84501

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$23.84** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 7th day of January, 2010.

_____/s/_____
Steven R. Bailey, Trustee